# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-8020

IBEW Local 98 Pension Fund, et al.

Respondents

v.

Best Buy Co., Inc., et al.

Petitioners

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:11-cv-00429-DWF)
_____

**ORDER**

Petitioners' petition for permission to appeal the district court's class certification ruling under FRCP Rule 23(f) has been considered by the court and is granted. The case is being regularly docketed as appeal number 14-3178 and a briefing schedule will be prepared.

September 24, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans